McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| The Cellular Telephone Assigned Call Number 775-420-6287 | 2:18-SW-0432 AC |
| The Cellular Telephone Assigned Call Number 775-221-2856 | 2:18-SW-0456 CKD |
| The Cellular Telephone Assigned Call Number 209-765-4381 | 2:18-SW-0457 CKD |
| Information Associated With The Snapchat Account "Sanchez79" That Is Stored At Premises Controlled By Snap, Inc. | 2:18-SW-0464 CKD |
| The Property Located at 28974 Avenue 22, Madera, California | 2:18-SW-0507 EFB |
| A White Ford F-150 bearing California license plate 43199F2 | 2:18-SW-0509 EFB |
| Apple iPhone cellular telephone bearing IMEI 352016078588316 ("Device # 1") and an Apple iPhone bearing IMEI 355693075423122 ("Device # 2") | 2:18-SW-0524 KJN |

FILED

FEB 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

ORDER TO UNSEAL SEARCH WARRANTS AND
SEARCH WARRANT AFFIDAVITS

1

1

2      Upon application of the United States of America and good cause having been shown,

3      IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

4  ordered unsealed.

5

6  Dated:  Feb 7, 2019

   The Honorable Kendall J. Newman
7  UNITED STATES MAGISTRATE JUDGE